**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01504-CR

**DAVID JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00872-M**

## ORDER

The Court **GRANTS** appellant's June 26, 2013 motion to substitute counsel. We **DIRECT** the Clerk to substitute J. Daniel Oliphant as appellant's retained attorney of record in place of Deborah Farris.

Appellant's has already been granted one thirty-day extension of time to file appellant's brief, and his brief was due by Monday, July 8, 2013. Appellant did not ask for additional time to file his brief in light of the change of counsel. Nevertheless, we **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. No further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Deborah Farris, J. Daniel Oliphant, and the Dallas County District Attorney's Office.

/s/    DAVID EVANS
           JUSTICE